JS-6

UNITED STATES DISTRICT COURT OF CALIFORNIA

CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| THE REVOLUTION FMO, LLC, a.k.a. THE REVOLUTION MO, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD GRANT, an individual, GOLD COAST BROADCASTING, LLC, a limited liability company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-02719 <br> *[Hon. Manuel L. Real, Ctrm. 8]* <br><br> **ORDER GRANTING PERMANENT INJUNCTION** |

Plaintiff The Revolution FMO, LLC a.k.a. The Revolution MO, LLC (hereinafter "Revolution") filed a Complaint For: (1) Copyright Infringement, (2) Misappropriation of Confidential Information/Trade Secrets, (3) Violation of Business and Professions Code section 17200, (4) Breach of Contract, (5) Express Indemnity, and (6) Conversion against Defendant Ronald Grant ("Grant") to obtain temporary, preliminary, and permanent injunctive relief, compensatory and punitive damages, and other relief for Grant's alleged unauthorized retention, use, discussion and dissemination of copyright, trade secret, proprietary and confidential materials and information developed by and belonging to Revolution.

Revolution and Grant have agreed to the entry of this Order for Permanent Injunction by this Court to resolve this Action.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

I. FINDINGS

    a. This Court has jurisdiction over this matter.

    b. Grant and Revolution waive all rights to appeal or otherwise challenge or contest the validity of this Order. Grant further waives and releases any claim he may have against Revolution or its employees, attorneys and representatives arising out of this Action and under the terms of this Order.

    c. The Court incorporates by reference, and relies as if fully set forth herein, on the findings of facts set forth in the Court's Temporary Restraining Order (Docket Entry # 14) and the Preliminary Injunction (Docket Entry #35).

II. DEFINITIONS

For the purpose of this Order, the following definitions shall apply:

    a. "Revolution Materials" means copyrighted, trade secret, proprietary and confidential materials and information developed by and

belonging to Revolution, including but not limited to presentation outlines and scripts, client workbooks, templates for sales and investment seminars, questionnaires and related materials.

b. The parties stipulate that the proprietary documents included under the definition of Revolution Materials, for the sole purpose of this Order, consists only of the following list of items which are identified by document description and document number:

1) Life Insurance Transfer History Template (no 1035 exchange), R150110157OOS
2) Life Insurance Transfer History Template, R150110156OOS
3) Account Policy Information, R15011007
4) Insurance Only Licensed EIA Form, R15011050
5) Bullet Points, R15011083
6) Gold Boarder Template, R15011096, R15011097, R15011098
7) Transfer History – Anniversary, R15011029R
8) Client Review Disclosure Form, R15011032
9) Valued Client Response Sheet, R150110107
10) Client Disclosure Letter, R15011039
11) FINRA Understanding Different Retirement Plans Handout, R15011003R
12) FINRA Understanding Different Types of Annuities Handout, R15011004R
13) Client Appreciation Movie Event, R15011031R
14) Office Training Manual, R15011034R
15) Appointment Setting Manual, R15011060R

| | | |
|---|---|---|
| 16) | Basic Training Manual, R15011065R | |
| 17) | Response Sheet, R15011038 | |
| 18) | Valued Client Response Sheet, R15011037 | |
| 19) | Response Sheet Stray 401k, R15011011 | |
| 20) | FAQs, R15011025 | |
| 21) | Welcome Back Letter, R15011040 | |
| 22) | Mini Basic Training Manual, R150110105R | |
| 23) | Advanced Training Manual, R150110140R | |
| 24) | Special Ops Manual, R150110141R | |
| 25) | Bring a Friend Invite, R15011018 | |
| 26) | Client Appreciation Event, R15011028 | |
| 27) | Client Appreciation Event Mailer, R15011009OOS, R15011007OOS | |
| 28) | Valued Client Response Sheet, R15011037 | |
| 29) | Movie Flyer, R15011045 | |
| 30) | Ela Event Flyer, R15011042 | |
| 31) | Tips to Building a Rotation, R15011002 | |
| 32) | Client Review Postcard, R15011076 | |
| 33) | Client Disclosure, R15011039 | |
| 34) | Step Sales System, R15011051 | |
| 35) | FINRA Retirement Plans Postcards, R150110155R | |
| 36) | Sample of a Transfer Letter, R15011001TPO | |
| 37) | Cover Sheet, R15011034 | |
| 38) | Policy Information Labels, R15011048 | |
| 39) | Statement Labels, R15011004OOS | |
| 40) | To My Beneficiaries Letter, R15011030 | |
| 41) | Transfer History First Delivery, R15011063OOS | |

| | | |
|---|---|---|
| 42) | Delivery Receipt Disclosure, R15011033 | |
| 43) | Understanding Different Types of Retirement Plans, R15011001 | |
| 44) | Sample Transfer Letter, R15011001TPO | |
| 45) | Understanding Different Retirement Plans Presenters Script, R15011002R | |
| 46) | Tips for Building a Rotation, R15011002 | |
| 47) | Statements Labels, R15011004OOS | |
| 48) | Existing Client Letter, R150110101 | |
| 49) | Valued Client Response Sheet 2015, R150110107 | |
| 50) | Response Sheet Stray 401k, R15011011 | |
| 51) | Redline, R150110164R(a)bc | |
| 52) | Red and Blue Lines, R150110164Ra(b)c | |
| 53) | All Lines, R150110164Rab(c) | |
| 54) | Client Annual Review Reminder Letters, R15011020 | |
| 55) | FAQs, R15011025 | |
| 56) | Client Appreciation Event Invite Generic, R15011028 | |
| 57) | Transfer History Anniversary-ccs-rr, R15011029R | |
| 58) | To My Beneficiaries, R15011030 | |
| 59) | Client Review Form, R15011032 | |
| 60) | Client Delivery Receipt, R15011033 | |
| 61) | Client Cover Sheet, R15011034 | |
| 62) | Valued Client Response Sheet, R15011037 | |
| 63) | Response Sheet Basic, R15011038 | |
| 64) | Money Chasing Manual, R15011041R | |
| 65) | Pumpkin Pie Mailer, R15011043 | |
| 66) | Movie Night Movie Flyer, R15011045 | |

67) Policy Folder Labels, R15011048

68) Five Steps Sales System, R15011051

69) Presenters Outline Understanding Different Retirement Strategies, R15011058

70) Workbook Seminar Understanding Different Retirement Strategies, R15011058R

71) Appointment Setting Manual 2015, R15011060R

72) Transfer History First Delivery, R15011063OOS

## **ORDER**

III. PERMANENT INJUNCTION

IT IS ORDERED THAT Grant and his agents, servants, employees, attorneys, and all those in concert or participation with him, are permanently restrained and enjoined from:

a. Using, disseminating or otherwise discussing the Revolution Materials in any forum or by any medium, including but not limited to any website, any social media, any seminars, any client and prospective client encounters, meetings or situations and through any broadcasts (radio, online or otherwise) now and in the future.

b. Soliciting any employee or agent of the Revolution to leave the Revolution now and in the future.

IV. RETURN OF REVOLUTION MATERIALS

IT IS FURTHER ORDERED THAT Grant and his agents, servants, employees, attorneys, and all those in concert or participation with him, will immediately return any Revolution Materials in any form whatsoever to Revolution, and delete any Revolution Materials from all retrieval systems and databases or destroy same, including deletion of

any online posting of videos of Grant's seminars containing any Revolution Materials.

V. RETENTION OF JURISDICTION

IT IS FURTHER ORDERED THAT this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

**IT IS SO ORDERED.**

DATED: March 1, 2016

_____
Honorable Manuel Real
U.S. District Judge